1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6 Attorneys for Mr. Maldonado-Alatorre

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj1719 |
| 12 Plaintiff, | ) ) | |
| 13 v. | ) ) | **NOTICE OF APPEARANCE** |
| 14 **JOSE MALDONADO-ALATORRE,** | ) ) | |
| 15 Defendant. | ) ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

Respectfully submitted,

Dated: June 4, 2008          s/ *Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
michelle_betancourt@fd.org

1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5
6 Attorneys for Mr. Maldonado-Alatorre

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj1719 |
| 12           Plaintiff, | ) ) | |
| 13 v. | ) ) | PROOF OF SERVICE |
| 14 **JOSE MALDONADO-ALATORRE**, | ) ) | |
| 15           Defendant. | ) ) | |
| 16 | ) | |

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20       United States Attorney's Office
      efile.dkt.gc1@usdoj.gov
21

22 Dated: June 4, 2008                              *s/ Michelle Betancourt*
                                                    MICHELLE BETANCOURT
23                                                  Federal Defenders
                                                    225 Broadway, Suite 900
24                                                  San Diego, CA 92101-5030
                                                    (619) 234-8467 (tel)
25                                                  (619) 687-2666 (fax)
                                                    e-mail: michelle_betancourt@fd.org
26

27

28